**CADLES OF GRASSY MEADOWS II, L.L.C., by Assignment from Olney Savings Association, Plaintiff–Appellant,**

**The State of Texas, Intervenor Plaintiff–Appellant,**

v.

**David GOLDNER; Robert Goldner, Defendants–Appellees.**

No. 07–10711.

United States Court of Appeals, Fifth Circuit.

Nov. 14, 2008.

Beverly Ann Whitley (argued), Bell, Nunnally & Martin, Dallas, TX, for Plaintiff–Appellant.

Greg C. Noschese, Holly Michele Church, Munsch, Hardt, Kopf & Harr, La-Dawn H. Conway (argued), Alexander, Dubose, Jones & Townsend, LLP, Dallas, TX, for the Goldners.

Rance Lamar Craft (argued), Shelley Nieto Dahlberg, Austin, TX, for State of Texas.

rately noted an appeal. We specifically do not address the impact, if any, on a claim of "use" or "refer to" of Worden's voluntary

Before DAVIS, SMITH and DeMOSS, Circuit Judges.

PER CURIAM:

The petition for panel rehearing is GRANTED. The opinion, 542 F.3d 437 (5th Cir.2008), is WITHDRAWN. This matter is REMANDED for further proceedings in light of *Kerlin v. Sauceda*, 263 S.W.3d 920 (Tex. 2008). We place no limits on what actions the district court may take on remand. We intimate no view as to what decisions the district court should make regarding *Kerlin* or any other issue.